# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jacqueline Elizabeth Ard and Terry Frank Nicola,
*Plaintiffs*
v.
The Spa on Port Royal Sound Horizontal Property Regime; William B. Mullis; Henry Sanders; Keith Baker; Jane and John Doe, Board Members of the IMC Resort Services, Inc.; Christine M. Phillips; John and Jane Doe, Employees and Agents of Scott M. Wild; Jannine Mutterer; Jerri Ann Roseneau; Lucas S. Fautua; Beaufort County; Beuafort County Treasurer's Office; Beaufort County Assessor's Office; Robert J. Bonds; Scott Matthew Wild; IMC Resort Services, Inc.
*Defendants*

Civil Action No. 9:26-cv-425-BHH

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This action remains with the Bankruptcy Court.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: August 28, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

*Signature of Clerk or Deputy Clerk*